**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| Chad Michaels,<br><br>  Plaintiff,<br><br>Vs.<br><br>NCO Financial Systems, Inc.,<br><br>  Defendant. | **Case No. 4:14-cv-00406-JAJ-CFB**<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Chad Michaels, and Defendant, NCO Financial Systems, Inc., through their respective attorneys, hereby stipulate and agree that the above-captioned matter is dismissed in its entirety, with prejudice, each party bearing its own attorney fees and costs.

Dated: March 31, 2015

Respectfully submitted,

/s/ L. Ashley Zubal
L. Ashley Zubal
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311
(515) 276-7211
(515) 276-6280
Ashley@markslawdm.com
Attorney for Plaintiff

Dated: March 31, 2015

Respectfully submitted,

/s/ Lance W. Lange
Lance W. Lange
Faegre Baker Daniels, LLP
801 Grand Avenue, 33d Floor
Des Moines, IA 50309-8011
(515) 248-9000
(515) 248-9010
Lance.Lange@FaegreBD.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of JOINT STIPULATION TO DISMISS WITH PREJUDICE was filed electronically with the Clerk of Court through the CM/ECF Filing System, and as a result, it is the undersigned counsel's understanding that an electronic copy was also emailed by the Clerk of Court to the attorneys for Defendant listed below.

/s/ L. Ashley Zubal
L. Ashley Zubal

Lance W. Lange
Faegre Baker Daniels, LLP
801 Grand Avenue, 33d Floor
Des Moines, IA 50309-8011
Lance.Lange@FaegreBD.com

Shannon M. Geier
James K. Schultz
Sessions Fishman Nathan & Israel, LLC
120 South LaSalle Street, Suite 1960
Chicago, IL 60603
sgeier@sessions-law.biz
jschultz@sessions-law.biz

Attorneys for Defendant